UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JONATHAN BURKE BERRY,

     Plaintiff,

vs.                              Case No.:  3:23cv5677/MCR/ZCB

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on September 6, 2023.  (Doc. 14).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1

1.     The magistrate judge's Report and Recommendation (Doc. 14) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim.

3.     The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 18th day of December 2023.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**